FILED
CLERK, U.S. DISTRICT COURT

JUL 11 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BONNER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>IVAN CLAY, Warden,<br><br>　　　　Respondent. | NO. CV 07-4173 GW (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _July 11_, 2008.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE